IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Brian Huether, Individually, and as Administrator
of the Estate of Shelli Huether                ,
        Plaintiff(s),

v.                                              Case No._____

Continental Aerospace Technologies, Inc., et al.
        Defendant(s).

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, Continental Aerospace Technologies Limited makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

[ ] This party is an individual, who resides in _____.

[ ] This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

[X] This party is a privately held corporation, incorporated in Hong Kong, People's Republic of China, and with a principal place of business in Mobile, Alabama.

[ ] This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

[X] Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: October 13, 2021    Signature: *Stephen R. Ginger*

    Printed Name: Stephen R. Ginger

    Title: Executive Vice President and General Counsel

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

## ATTACHMENT TO BUSINESS ENTITY DISCLOSURE FORM

CONTINENTAL AEROSPACE TECHNOLOGIES LIMITED is owned by AVIC International Holding (HK) Limited (Stock Code 232).

AVIC International Holding (HK) Limited (Stock Code 232), is a majority owned subsidiary of the People's Republic of China.

1

# CERTIFICATE OF SERVICE

I certify that on October 13, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Thomas R. Greer<br>Josh Cannon<br>6256 Poplar Avenue<br>Memphis, TN 38119<br>tgreer@baileygreer.com<br>jcannon@baileygreer.com<br>*Attorney for Plaintiff Brian Huether* | Douglas P. Desjardins (pro hac vice to be filed)<br>1717 N Street, NW<br>Washington, D.C. 20036<br>dpd@pangialaw.com<br>*Attorney for Plaintiff Brian Huether* |
| E. Jason Ferrell<br>Brewer, Krause, Brooks & Chastain PLLC<br>545 Mainstream Drive, Suite 101<br>Nashville, TN 37228<br>Ph:    615-630-7716<br>Fax:   615-256-8985<br>Email: jferrell@bkblaw.com | |

                                               */s/ William B. Jakes, III*
                                               **WILLIAM B. JAKES, III**