IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

BRIAN HUETHER ,
    Plaintiff(s),

v.    Case No. 3:21-cv-00783

CONTINTENTAL AEROSPACE TECHNOLOGIES, INC. et al. ,
    Defendant(s).

## BUSINESS ENTITY DISCLOSURE
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, DIRECT FLIGHT SOLUTIONS, LLC makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

[X] This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

[ ] This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

[ ] This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

[ ] Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 10/20/21  Signature: */s/ E. Jason Ferrell*

Printed Name: Jason E. Ferrell

Title: Attorney for defendant Direct Flight Solutions, LLC

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

Members of Direct Flight Solutions, LLC:

1) Richard Kerry

560 Allen Lane

Lebanon, TN 37087

State of citizenship: Tennessee

2) Heather Marie Bay

560 Allen Lane

Lebanon, TN 37087

State of citizenship: Tennessee

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN HUETHER, Individually, and as Administrator of THE ESTATE OF SHELLI HUETHER,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL AEROSPACE TECHNOLOGIES, INC., CONTINENTAL MOTORS, INC., CONTINENTAL MOTORS GROUP LIMITED, CONTINENTAL MOTORS SERVICES, INC., DIRECT FLIGHT SOLUTIONS, LLC,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>3:21-cv-00783 |

## **CERTIFICATE OF SERVICE**

This is to certify that on this 20th day of October, 2021, I have served the BUSINESS ENTITY DISCLOSURE on all parties of record by filing same with the Clerk of the USDC for the Middle District of Tennessee via e-file to the following counsel of record:

Thomas R. Greer
Josh Cannon
Bailey & Greer, PLLC
6256 Poplar Avenue
Memphis, TN 38119

William B. Jakes, III
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203

And via electronic mail and U.S. Mail to counsel at the following addresses:

Douglas P. Desjardins
Pangia Law Group
1717 North Street NW

Washington, DC 20036
dpd@pangialaw.com

Will S. Skinner
Skinner Law Group
21600 Oxnard Street, Suite 1760
Woodland Hills, CA 91367
skinner@skinnerlawgroup.com

Gary A. Gardner
Skinner Law Group
200 Broadhollow Road, Suite 207
Melville, NY 11747
gardner@skinnerlawgroup.com

*/s/ E. Jason Ferrell*
E. Jason Ferrell
Registration No. 24425
*Attorney for Direct Flight Solutions, LLC*

Brewer, Krause, Brooks & Chastain, PLLC
P.O. Box 23890
Nashville, TN 37202-3890
615.630.7717 phone
jferrell@bkblaw.com